| United States District Court | DISTRICT Eastern District of Pennsylvania | |
|---|---|---|
| UNITED STATES OF AMERICA v. RASHON MITCHELL | DOCKET NO. | |
| | MAGISTRATE'S CASE NO. 15-432 | |

Complaint for a violation of Title 18, United States Code, Section 2113(a)

| NAME OF JUDGE OR MAGISTRATE HONORABLE MARILYN HEFFLEY | OFFICIAL TITLE U.S. Magistrate Judge | LOCATION Philadelphia, Pennsylvania |
|---|---|---|
| DATES OF OFFENSE February 28, 2015 | PLACE OF OFFENSE 1601 Market Street Philadelphia, Pennsylvania | ADDRESS OF ACCUSED (if known) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about February 28, 2015, at Philadelphia, in the Eastern District of Pennsylvania, the defendant, RASHON MITCHELL, knowingly and unlawfully by force and violence, and by intimidation, took from employees of the Republic Bank, 1601 Market Street, Philadelphia, Pennsylvania, the lawful currency of the United States, belonging to, and in the care, custody, control, management and possession of the Republic Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section(s) 2113(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE ATTACHED AFFIDAVIT

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title) John Deven Sermons |
|---|---|
| | OFFICIAL TITLE Special Agent, Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE (1) Honorable Marilyn Heffley, United States Magistrate Judge | DATE 4/9/15 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

## AFFIDAVIT

I, JOHN DEVEN SERMONS, being duly sworn, do hereby depose and state that:

1. I am employed as a Special Agent with the Federal Bureau of Investigation and have been so employed since January 2010 in the FBI's Philadelphia, Pennsylvania offices. I am presently assigned to the FBI's Violent Crimes Task Force, a unit which investigates bank robberies, kidnappings, fugitives, and Hobbs Act robberies, among other violations of law. As part of my duties as an FBI special agent, I investigate bank robberies, in violation of Title 18, United States Code, Section 2113.

2. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information received from others, including law enforcement officers. I have not included every fact known to me concerning this investigation, and, instead, I have submitted only those facts and circumstances that I believe establish probable cause to support the issuance of an arrest warrant and criminal complaint for RASHON MITCHELL.

### THE FEBRUARY 28, 2015 REPUBLIC BANK ROBBERY

3. At approximately 1:30 p.m. on February 28, 2015, an unknown male ("UNSUB") entered the Republic Bank branch located at 1601 Market Street, in Philadelphia, Pennsylvania.

4. The UNSUB approached victim teller A.K. and passed A.K. a demand note that read, "Just give me 3 grand and no one gets hurt." A.K. complied with UNSUB's demands and handed UNSUB $913.00 from the teller drawer, along with a dye pack. After taking the cash and the dye pack, UNSUB fled the bank. Shortly after leaving the bank, the dye pack carried by the UNSUB exploded. UNSUB then discarded the dye pack and fled westbound on Market Street. Video surveillance of the robbery was recorded.

1

5. A.K. was interviewed by the Philadelphia Police Department on February 28, 2015. During the interview, A.K. described UNSUB as a black male, approximately 5'10" in height, approximately 35 years-old, with a heavy build, a beard, wearing glasses, blue plaid work jacket, black pants, knit cap, and gloves.

6. On March 2, 2015, the Philadelphia FBI distributed a press release informing the public of the bank robbery. Included in the press release were surveillance photographs of UNSUB. On March 27, 2015, a wanted flyer, documenting the February 28, 2015 robbery of Republic Bank was distributed to law enforcement representatives, as well as bank security manager. Included in the wanted flyer were surveillance photographs taken during said robbery.

7. On March 30, 2015, affiant received a telephone call from FBI Supervisory Special Agent Steve McQueen. McQueen advised affiant that he was telephonically contacted by a confidential informant ("CI") that had previously provided him information. According to McQueen, the CI saw a news release regarding the above stated robbery and recognized the individual in the news release as either "RASHON" or "RASHEED." According to the CI, "RASHON" or "RASHEED" worked at "Lorenzo's Deli" located in Philadelphia, Pennsylvania, and had been previously arrested for bank robbery.

8. On March 31, 2015, affiant ran a report for all bank robbers released from the Bureau of Prisons since January 2012. According to the report, a male named RASHON MITCHELL had been released from a federal prison in early 2013.

9. On March 31, 2015, affiant contacted U.S. Probation Officer Ken Bergman, and inquired if any individual under Bergman's supervision was named RASHON MITCHELL. According to Bergman, MITCHELL was under the supervision of U.S. Probation's Low Intensity

2

Program. Before entering the Low Intensity Program, MITCHELL had been supervised by U.S. Probation Officer Robert Henderson.

10. On March 31, 2015, affiant met with Henderson at the U.S. Probation Office, 600 Arch Street, Suite 2400, Philadelphia, Pennsylvania. Henderson stated that he had supervised RASHON MITCHELL from May 2014 until January 2015. In January 2015, MITCHELL was transferred from Henderson's supervision to a Low Intensity Program. According to Henderson, while in the Low Intensity Program, MITCHELL was required to continue making restitution payments, but is not required to report to U.S. Probation. MITCHELL was only required to send monthly reports documenting any change in MITCHELL's address, telephone number, etc. MITCHELL is scheduled to complete the Low Intensity Program on May 5, 2017. Henderson advised affiant that he had initially seen the wanted flyer in question on March 27, 2015, and believed the individual depicted in the flyer resembled RASHON MITCHELL, but could not be sure due to the clarity of the wanted flyer on his phone. Henderson stated that he again reviewed the wanted flyer on March 31, 2015, and immediately recognized the individual in the wanted flyer as RASHON MITCHELL. Henderson further advised affiant that the individual depicted in the surveillance photograph wore the same type clothing (plaid outer garment), and had the same body type as MITCHELL. Henderson continued by advising affiant that MITCHELL was employed at a delicatessen called "Lorenzo's Restaurant."

11. On March 31, 2015, affiant received an email from Bureau of Prisons Residential Reentry Manager, Chad Fulze. The email from Fulze contained correspondence from S.W., a director at a reentry home (halfway house). S.W. had been contacted by L.P., the owner of Lorenzo Deli, 1301 North 25th Street, Philadelphia, Pennsylvania. While watching the news, L.P. observed a story documenting the above stated robbery. L.P. recognized the individual in the news story as

3

RASHON MITCHELL, an employee at Lorenzo's Deli. According to L.P., MITCHELL did not show up for work on February 28, 2015, and did not call to report he would not be coming in work. L.P. went on to say that prior to February 28, 2015, MITCHELL had a full beard. After returning to work, MITCHELL no longer had a full beard.

12. On the evening of March 31, 2015, affiant received a telephone call from the CI who said that "RASHON" or "RASHEED's" last name was MITCHELL.

13. WHEREFORE, based upon the facts set forth in this affidavit, my personal knowledge, and my training and experience, I have probable cause to believe that RASHON MITCHELL robbed the Republic Bank branch located at 1601 Market Street, Philadelphia, Pennsylvania, on February 28, 2015, in violation of Title 18, United States Code, Section 2113(a).

**JOHN DEVEN SERMONS**
*Special Agent*
*Federal Bureau of Investigation*

Sworn and subscribed to before me
this **9TH** day of **April**, 2015.

**HONORABLE MARILYN HEFFLEY**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*

4